# EXHIBIT B

# MARC D. GARFINKLE
## ATTORNEY AT LAW
2070 Millburn Avenue, Suite 1
Maplewood, N.J. 07040

Tel: (973) 275-1313
Fax: (973) 275-1632

Email: Marc@Garfinkle-law.com

May 4, 2011

Care.com
1400 Main Street
Waltham, Massachusetts 02451
**Via Certified Mail, RRR and First Class Ordinary Mail**

Re:  **Donald and Kristen Auriema vs. Care.com, et al**
     **Docket No. UNN-L-00961-11**

Dear Sir/Madam:

Please find enclosed Order entered by Judge Kenneth J. Grispin, dated April 29, 2011, allowing my office to serve Care.com by Certified Mail, Return Receipt Requested and First Class Ordinary Mail.

Enclosed please find Summons, Complaint and Jury Demand, Case Information Statement and Track Assignment Notice.

Please immediately forward to your attorneys for filing of an Answer. If you do not file an Answer in a timely fashion, we will enter default and proceed with default judgment.

Please be advised accordingly.

Very truly yours,

MARC D. GARFINKLE

MDG:ts
Encs.
cc:  Steve Boulanger, CFO of Care.com (w/Encs.)
     Client